[No. 42107-7-I.    Division One.    February 16, 1999.]

JOYCE MARIE LOCKE, *Respondent*, v. LEE PAUL GROTH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-06049-2, David F. Hulbert, J., entered December 29, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 42113-1-I.    Division One.    February 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE ROGER FERGUSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04745-1, Ricardo S. Martinez, J., entered January 26, 1998. *Reversed* by unpublished per curiam opinion.

[No. 42234-1-I.    Division One.    February 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH M. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02559-0, Faith Ireland, J., entered February 9, 1998. *Remanded* by unpublished per curiam opinion.

[No. 42329-1-I.    Division One.    February 16, 1999.]

RICK ROSS, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-12379-8, Michael J. Fox, J., entered February 12, 1998. *Affirmed* by unpublished per curiam opinion.